UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| ABEL DIAZ, | |
| Petitioner, | Civil Action No. 11-142-KKC |
| v. | |
| D. BERKEBILE, | **JUDGMENT** |
| Respondent. | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Abel Diaz against D. Berkebile as respondent [R. 1] is **DENIED**, and Judgment is **ENTERED** in favor of the respondent.

2. The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

This the 29th day of September, 2011.



**Signed By:**
*Karen K. Caldwell*
**United States District Judge**